IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Michael J. & Kelly E. Nelson, | ) | Case No. 10-14111 NLJ |
| | ) | (Chapter 13) |
| Debtors. | ) | |

## NOTICE OF CONVERSION

COME NOW Debtors, Michael J. and Kelly E. Nelson, husband and wife, by and through counsel, Thomas S. Bala, and respectfully give notice of their conversion from Chapter 13 to Chapter 7 pursuant to §1307(a) of the Code and Local Rule 1017(d).

Respectfully submitted,

/s/  Thomas S. Bala
Thomas S. Bala                    OBA #467
1141 N. Robinson Ave., Ste. 204
Oklahoma City, Oklahoma 73103
E-mail: thomasbala@att.net
Telephone: (405) 236-2252
Fax:  (405) 232-0188
Attorney for Debtors

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he mailed by United States Postal Service, postage prepaid, a true and correct copy of the above and foregoing pleading to John T. Hardeman, Esquire, Chapter 13 Office, P.O. Box 1948, Oklahoma City, OK 73101 on the file-stamped date of this pleading.

/s/  Thomas S. Bala

conversion.chpt13to7.doc